## *United States District Court for the Northern District of Illinois*

Case Number: 1:21-cv-04455      Assigned/Issued By: MO

Judge Name: Lefkow      Designated Magistrate Judge: Cox

**FEE INFORMATION**

*Amount Due:*   ☐ $402.00   ☐ $49.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $505.00

Number of Service Copies _____      Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____      Receipt #: _____

Date Payment Rec'd: _____      Fiscal Clerk: _____

**ISSUANCES**

☐ Summons      ☐ Alias Summons

☐ Third Party Summons      ☐ Lis Pendens

☐ Non Wage Garnishment Summons      ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

☑ Citation to Discover Assets      (Victim, Against and $ Amount)

☐ Writ _____
(Type of Writ)

1  Original and 0  copies on 10/26/2021  as to _____
(Date)

Windward Brands LLC (No Notice Filed)(Not Third Party)

Rev. 08/19/2016