FILED
10/26/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
AK

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| JELLY BELLY CANDY COMPANY, a California corporation | ) ) | Case No. 21-cv-04455 |
| Plaintiff, | ) ) | Hon. Joan H. Lefkow |
| vs. | ) ) | Examination Date: December 10, 2021 |
| WINDWARD BRANDS LLC, an Illinois limited liability company | ) ) ) | Address of Court: 219 S. Dearborn St. Chicago, IL 60604 |
| Defendant. | ) ) ) | Time: 10:00 a.m. |

## ALIAS CITATION NOTICE

Name of Judgment Debtor:

Windward Brands LLC

Address of Judgment Debtor:

Windward Brands LLC
c/o Wendy Zun, registered agent
Law Offices of Wendy Zun
81 Woodley
Winnetka, Illinois 60093

Name and Address of Attorneys for Judgment Creditor:

William J. McKenna
Andrew T. McClain
Foley & Lardner LLP
321 North Clark Street, Suite 3000
Chicago, Illinois 60654

Amount of Judgment:

An amended default judgment in favor of Jelly Belly Candy Company and against Windward Brands LLC was entered on July 20, 2021 in the United States District Court, Eastern District of California, Case Number 2:21-cv-00676-MCE-KJN in the amount of $146,537.61 ("Judgment") and remains unsatisfied and the Judgment was registered in the United States District Court, Northern District of Illinois on August 20, 2021, Case Number 1:21-cv-04455.

4875-8443-2129.1

<u>Name of Person Receiving Citation</u>:

Windward Brands LLC
c/o Wendy Zun, registered agent
Law Offices of Wendy Zun
81 Woodley
Winnetka, Illinois 60093

<u>Return Date</u>:  December 10, 2021 at 10 a.m. (examination)
November 19, 2021 (documents)

NOTICE: The court has issued a citation against the person named above. The citation directs that person to appear in court to be examined for the purpose of allowing the judgment creditor to discover income and assets belonging to the judgment debtor or in which the judgment debtor has an interest. The citation was issued on the basis of a judgment against the judgment debtor in favor of the judgment creditor in the amount stated above. On or after the court date stated above, the court may compel the application of any discovered income or assets toward payment on the judgment.

The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois law. The JUDGMENT DEBTOR HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE:

(1) Under Illinois or federal law, the exemptions of personal property owned by the debtor include the debtor's equity interest, not to exceed $4,000 in value, in any personal property as chosen by the debtor; Social Security and SSI benefits; public assistance benefits; unemployment compensation benefits; worker's compensation benefits; veteran's benefits; circuit breaker property tax relief benefits; the debtor's equity interest, not to exceed $2,400 in value, in any one motor vehicle, and the debtor's equity interest, not to exceed $1,500 in value, in any implements, professional books, or tools of the trade of the debtor.

(2) Under Illinois law, every person is entitled to an estate in homestead, when it is owned and occupied as a residence, to the extent in value of $15,000, which homestead is exempt from judgment.

(3) Under Illinois law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 15% of gross weekly wages or (ii) the amount by which disposable earnings for a week exceed the total of 45 times the federal minimum hourly wage or, under a wage deduction summons served on or after January 1, 2006, the Illinois minimum hourly wage, whichever is greater.

(4) Under federal law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 25% of disposable earnings for a week or (ii) the amount by which disposable earnings for a week exceed 30 times the federal minimum hourly wage.

4875-8443-2129.1

(5) Pension and retirement benefits and refunds may be claimed as exempt under Illinois law.

The judgment debtor may have other possible exemptions under the law.

THE JUDGMENT DEBTOR HAS THE RIGHT AT THE CITATION HEARING TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH. The judgment debtor also has the right to seek a declaration at an earlier date, by notifying the clerk in writing at Clerk of the Court, 219 South Dearborn Street, Chicago, Illinois 60604. When so notified, the Clerk of the Court will obtain a prompt hearing date from the court and will provide the necessary forms that must be prepared by the judgment debtor or the attorney for the judgment debtor and sent to the judgment creditor and the judgment creditor's attorney regarding the time and location of the hearing. This notice may be sent by regular first class mail.

Dated: October 26, 2021                     FOLEY & LARDNER LLP


                                            By: /s/ Andrew T. McClain
                                                One of Its Attorneys


William J. McKenna
Andrew T. McClain
FOLEY & LARDNER LLP
321 North Clark Street, Suite 3000
Chicago, IL 60654
Telephone: 312.832.4500
Fax: 312.832.4700

4875-8443-2129.1